UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID WILSON<br><br>    *Plaintiff*<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*<br><br>    *Defendants* | Case 1:16-cv-01015-RBW |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, the United States Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), by undersigned counsel, respectfully request a 32-day extension of time up to and including September 12, 2016,[1] to answer Plaintiff's complaint.

Plaintiff filed his complaint alleging violations of the Freedom of Information Act ("FOIA") and Privacy Act on May 31, 2016, and Defendant's answer is currently due on August 11, 2016. This is Defendants' first request for an extension of time to respond to the complaint.

There is good cause for the extension. Since receiving the complaint, representatives of the ATF, the agency at which Plaintiff directed his FOIA and Privacy Act request, have been diligently investigating the status of that request and whether or not the agency has the single tape recording that Plaintiff requested. ATF has made progress on those efforts, but some additional time is required to complete them. The ATF believes that 32 days will be adequate time to complete its investigation and determine if it has the tape recording that is the subject of Plaintiff's request.

---

[1] An even 30 days would fall on a Saturday.

Accordingly, Defendants respectfully request a 32-day extension of time up to and including **September 12, 2016**, to answer Plaintiff's complaint. A proposed order to that effect is filed with this motion.

Defendants have not conferred with Plaintiff about this request because he is incarcerated and a conference would not be practicable.

Dated: August 4, 2016                                  Respectfully submitted,

                                                       CHANNING D. PHILLIPS, D.C. Bar #415793
                                                       United States Attorney
                                                         for the District of Columbia

                                                       DANIEL F. VAN HORN, D.C. Bar #924092
                                                       Chief, Civil Division

                                                       By:   /s/ Johnny Walker
                                                           JOHNNY H. WALKER, D.C. Bar #991325
                                                           Assistant United States Attorney
                                                           555 4th Street, N.W.
                                                           Washington, District of Columbia 20530
                                                           Telephone: 202 252 2575
                                                           Email: johnny.walker@usdoj.gov

                                                       *Counsel for Defendants*