UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID WILSON

    *Plaintiff*

    v.

U.S. DEPARTMENT OF JUSTICE, *et al.*

    *Defendants*

Case 1:16-cv-1015-RBW

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Defendants, the United States Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), by undersigned counsel, hereby answer the complaint filed by Plaintiff David Wilson [ECF No. 1].

### First Defense

Defendants have conducted adequate searches for documents responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and the Privacy Act.

### Second Defense

Some of the material requested by Plaintiff may be exempt from disclosure under FOIA.

### Third Defense

Plaintiff's claims are barred to the extent that he has not exhausted them.

### Fourth Defense

Plaintiff has failed to state a claim upon which relief may be granted.

\*   \*   \*

In response to the numbered paragraphs in the complaint, Defendants answer as follows:

1. Defendants admit that ATF received a letter from Plaintiff dated April 21, 2015. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in the remainder of this paragraph.

2. Defendants admit that ATF responded to Plaintiff's letter in June 2015, assigned Plaintiff's request the tracking number 2015-0872, and requested that Plaintiff provide consent or proof of death related to a third party. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in the remainder of this paragraph.

3. Defendants admit that ATF received a letter from Plaintiff dated June 8, 2015 with Antonio Robertson's obituary.

4. Defendants admit the allegations contained in paragraph four.

5. Defendants admit that ATF received a letter from Plaintiff dated August 25, 2015. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in the remainder of this paragraph.

6. Defendants lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph six.

7. Defendants admit that ATF did not respond to the alleged letter dated December 18, 2015.

8. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph eight.

9. Defendants admit that ATF has not provided Plaintiff with a response to his FOIA request. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in the remainder of this paragraph.

10. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph ten.

Defendants deny the allegations and arguments in the parts of Plaintiff's complaint labelled "Argument and Authorities" and "Conclusion."

Defendants deny each and every allegation in the complaint that has not been otherwise admitted, qualified, or denied.

Dated: September 12, 2016

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
United States Attorney for the
District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendant*